V. ANDREW CASS
Nevada Bar No. 005246
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-Mail: cass@lbbslaw.com
E-Mail: pobriant@lbbslaw.com

Attorneys for State Farm Mutual Automobile
Insurance Company ("State Farm")

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WETCH,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through X and ROE CORPORATIONS XI through XX, inclusive,<br><br>        Defendants. | CASE NO. 2:13-cv-01067-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///

4846-0595-0997.1

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN WETCH,
2  by and through his attorneys, SCHUETZE & McGAHA, P.C., and Defendant STATE FARM
3  MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, LEWIS
4  BRISBOIS BISGAARD & SMITH LLP, that the above-entitled action be dismissed in its entirety,
5  WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

DATED this 13 day of September, 2013          DATED this 23 day of September, 2013

By: _____                 By: _____
William W. McGaha, Esq.                        N. Andrew Cass
Nevada Bar No. 003234                          Nevada Bar No. 005246
Joshua Santeramo, Esq.                         Priscilla L. O'Briant
Nevada Bar No. 012086                          Nevada Bar No. 010171
SCHUETZE & McGAHA, P.C.                        LEWIS BRISBOIS BISGAARD & SMITH LLP
601 S. Rancho Drive, Suite C-20                6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89106                        Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                      *Attorneys for Defendant State Farm*

**IT IS SO ORDERED.**

**DATED** this 23rd day of September, 2013.

_____
Gloria M. Navarro
United States District Judge